

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00231-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice[2]
              Rebeca C. Martinez, Justice
              Irene Rios Justice

Relator's "Emergency Motion to Enforce Order of September 26, 2018" is DENIED.

It is so **ORDERED** on October 22, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI14954, styled *Agrestic I, LP and Tiberius, LLC v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

[2] Although Justice Barnard agrees the relator's emergency motion should be denied, she would, on the court's own motion, stay the trial court's September 26, 2018 order pending resolution of any motion for rehearing or motion for en banc reconsideration filed by the real parties in interest, Agrestic I, LP and Tiberius, LLC.